UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Alfredo Jose Jimenez

    v.                        Case No. 25-cv-326-PB-AJ

FCI Berlin, Warden et al.

**ORDER OF RECUSAL**

I recuse myself from presiding over this case.

**SO ORDERED.**

                                    /s/ Paul J. Barbadoro
                                  Paul J. Barbadoro
                                  United States District Judge

August 29, 2025

cc:  Counsel of Record