UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Alfredo Jose Jimenez

    v.                             Case No. 25-cv-326-LM

FCI Berlin, Warden, et al


ORDER TO TRANSPORT


    The court hereby orders the U.S. Marshal's Service to transport petition from FCI Berlin in the above matter, to attend a bond hearing on September 4, 2025 at 3:00 pm.

    SO ORDERED.

_____
Landya B. McCafferty
Chief Judge


Date: 8/29/2025


cc:  U.S. Marshal