UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Alfredo Jose Jimenez

      v.                                         Civil No. 25-cv-326-LM

FCI Berlin, Warden, et al.


O R D E R

The hearing currently scheduled for September 4 is continued to September 8, 2025. In their brief (doc. no. 9), respondents argue that 8 U.S.C. 1225(b) requires petitioner's detention and further requires that he be denied a bond hearing in his removal proceedings. Petitioner is granted leave to amend his 2241 petition by noon on September 4, 2025, to bring a claim that his detention without a bond hearing before an immigration judge violates the Immigration and Nationality Act because section 1226, not section 1225(b), supplies the statutory authority for his present detention. Compare 8 U.S.C. 1225(b)(2)(A), with 8 U.S.C. 1226(a), and 8 C.F.R. 236.1(d)(1); see, e.g., Romero v. Hyde, Civ. No. 25-11631-BEM, 2025 WL 2403827, at *1 (D. Mass. Aug. 19, 2025) (collecting cases); see also Lopez Benitez v. Francis, 25 Civ. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025) ("Mr. Lopez Benitez's initial arrest is not what is at issue in this case. It is his 2025 arrest, which occurred at a time when he was (and long had been) residing in the United States, and thus subject to 1226(a).").

If petitioner elects to file an amended petition, the parties shall brief, by noon on September 5, the extent to which that new claim entitles petitioner to a bail hearing in this court pursuant to this court's inherent authority to release a habeas petitioner. See Gomes v. U.S. Dep't of Homeland Sec., Acting Sec'y, 460 F. Supp. 3d 132, 144 (D.N.H. 2020). Those briefs shall be no longer than ten pages and no responses shall be filed.

The parties are requested to develop the factual record by appending to their briefs or submitting in advance of the hearing any documents supporting their arguments that are in their possession or which can be reasonably obtained. Such documents include but are not necessarily limited to any orders of release, notices of custody determination, notices to appear, warrants, I-213s, I-589s, EARMs, or records of removal, asylum, or immigration proceedings.

Petitioner shall be transported for the September 8 hearing.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

September 3, 2025

cc: Counsel of Record

2