UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

SEP 08 2025

**FILED**

<u>Alfredo Jose Jimenez</u>

v.                                    Civil No. 25-cv-326-LM-AJ

<u>FCI Berlin, Warden et al</u>

## **ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that petitioner is released subject to the following conditions:

1. You shall not commit any offense in violation of federal, state, or local law while on release in this case.

2. If the court orders you to surrender, you will do so at the date, time, and location set by the court.

3. You shall continue to abide by the requirements of the Order of Release on Recognizance issued by the Department of Homeland Security, U.S. Immigration and Customs Enforcement, on August 23, 2023 (doc. no. 13-3).

4. You shall appear at all proceedings as required (in-person, telephonically, or by video) and as ordered by the court.

5. You shall reside at: ███████████████████████████

6. You shall ask for the court's permission to change your designated place of residence unless your situation requires an immediate change (e.g., for safety reasons). In the latter case, you shall immediately advise the court and the U.S. Attorney in writing.

TO THE PETITIONER:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES:

A violation of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, and an order of detention.

## ACKNOWLEDGEMENT OF PETITIONER

I acknowledge that I am the petitioner in this case and that I am aware of the conditions of release. I promise to obey all conditions of release and to appear as directed. I am aware of the penalties set forth above.

Date: _09/08/2025_

_____

Signature of Petitioner

## DIRECTIONS TO UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

The petitioner shall not be released until he signs the release order. The petitioner is ORDERED released.

_____

Landya McCafferty
United States District Judge

September 8, 2025

cc:    Counsel of Record

2

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law.
Case 1:25-cv-00326-LM-AJ    Document 15-3    Filed 09/05/25    Page 1 of 4

Uncertified Duplicate produced 09/02/2025 from USCIS CMS; A-Number ████543



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

## ORDER OF RELEASE ON RECOGNIZANCE

File No.: ████543

Name: **JIMENEZ, ALFREDO**                                    Date: **Aug 28, 2023**

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to <u>Duty officer</u> at **New York Field Office**        on **October 16, 2023, 12:00 PM** as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State or Federal laws or ordinances.

☒ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

, **Supervisory Detention and Deportation Officer**
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ **SPANISH** _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

.stopher Rodriguez Dover:
(Signature of ICE Official Serving Order)                          (Signature of Alien)

**Aug 28, 2023**
Date

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release.          ☐ The alien was taken into custody for removal.

---

(Signature of ICE Official Cancelling Order)                    Date

ICE Form I-220A (10/20)                                                              Page 1 of _4_

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law.
Uncertified Duplicate produced 09/02/2025 from USCIS CMS; A-Number ____543



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## (CONTINUATION PAGE)

| Alien Name | | | Picture | Right Index Print |
|---|---|---|---|---|
| JIMENEZ, ALFREDO | | | | |
| File Number | | Date | | |
| ____543 | | Aug 28, 2023 | | |
| Alien's Signature | | | | |
| | | | | |
| Alien's Telephone Number (if any) | | | | |
| | | | | |
| Alien's Address c/o _____, ELMHURST, NY 113734253 | | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | 26 Federal Plaza, Room 9110, New York, NY 10278, 212-264-4213 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| istopher Rodriguez Devere | Deportation Officer |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law.
Uncertified Duplicate produced 09/02/2025 from USCIS CMS; A-Number 246945543

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (ADDENDUM)

File No.: ▆▆▆▆▆43

Name: **JIMENEZ, ALFREDO**    Date: **Aug 28, 2023**

■ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

■ That you do not commit any crimes while on this Order of Release on Recognizance.

■ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

■ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

■ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

■ Any violation of the above conditions will result in revocation of your employment authorization document.

■ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☐ Other:

X _____
                    (Signature of Alien)

ICE Form I-220A (10/20)                                                        Page 3 of **4**

Case 1:25-cv-00326-LM-AJ    Document 13-3    Filed 09/05/25    Page 4 of 4
Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law.
Uncertified Duplicate produced 09/02/2025 from USCIS CMS; A-Number 246945543

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

## ORDER OF RELEASE ON RECOGNIZANCE
## (OUT-PROCESSING CHECKLIST)

**Sex Offenders**

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT          FINS#: ▉▉▉▉▉▉▉

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer:<br>      Christopher Rodriguez Devoreaux, Deportation Officer | Date<br>      Aug 28, 2023 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer:<br>      , Supervisory Detention and Deportation Officer | Date<br>      Aug 28, 2023 |

ICE Form I-220A (10/20)                                              Page 4 of  4